No. 82–1064. MEEKER v. ATTORNEY GENERAL OF THE UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied.

No. 82–1067. GAMBREL ET AL. v. KENTUCKY BOARD OF DENTISTRY ET AL. C. A. 6th Cir. Certiorari denied.

No. 82–1068. ALVAREZ v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 82–1072. KOVIC v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 82–1073. YOUNG v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 82–1077. KEYSTONE CABLE-VISION CORP. ET AL. v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 82–1082. RUPE v. BLAKE ET AL. Sup. Ct. Wyo. Certiorari denied.

No. 82–1087. INTERNATIONAL BROTHERHOOD OF BOIL-ERMAKERS, IRON SHIP BUILDERS, BLACKSMITHS, FORGERS & HELPERS, LOCAL 1509 v. WATTLETON ET AL. C. A. 7th Cir. Certiorari denied.

No. 82–1091. THIAN v. RAY ET AL. C. A. 5th Cir. Certiorari denied.

No. 82–1096. ZINGER CONSTRUCTION CO., INC. v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 82–1099. FULTON COUNTY JAIL (STAFF), ATLANTA, GEORGIA v. FRYER. C. A. 11th Cir. Certiorari denied.

No. 82–1101. SENTINEL FINANCIAL INSTRUMENTS ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.